PS 8
(3/15)

Case 2:23-cr-00046-MKD    ECF No. 438    filed 10/17/23    PageID.1315    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Figueroa, Jeanine Opal | Docket No. | 0980 2:23CR00046-MKD-8 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeanine Opal Figueroa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 12th day of July 2023 (ECF No. 226) and again on the 12th day of October 2023 (ECF No. 288) under the following conditions:

**Additional Condition #1 (ECF No. 288):** Defendant must reside at The Way-Out Shelter and may not change residences without prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jeanine Opal Figueroa is alleged to have violated the conditions of pretrial release supervision by failing to reside at The Way-Out Shelter since October 13, 2023.

On October 13, 2023, Ms. Figueroa was released from the Spokane County Jail (SCJ) under conditions of pretrial release supervision. A peer support counselor from Passages Family Support (PFS), assigned to assist Ms. Figueroa, transported her with the intention of traveling to Wenatchee, Washington, to allow her to pick up clothing. The peer support counselor intended to return to Spokane, Washington, so Ms. Figueroa could enter The Way-Out Shelter on that date.

On October 16, 2023, the peer support counselor from PFS contacted the undersigned. He advised he transported Ms. Figueroa to Wenatchee on October 13, 2023, with the intention of obtaining clothing from her mother's residence. Initially, he and Ms. Figueroa traveled to her mother's home, but was told her clothing was at her boyfriend's residence. Subsequently, the peer support counselor drove Ms. Figueroa to her boyfriend's apartment complex in Wenatchee. Ms. Figueroa proceeded to her boyfriend's apartment while the peer support counselor waited in the car. After approximately 2 ½ hours of waiting, Ms. Figueroa did not return or contact the peer counselor. He did not know which apartment unit Ms. Figueroa entered so he left and returned to Spokane without her.

The peer support counselor further advised Ms. Figueroa sent him a text message on October 14, 2023, stating she fell asleep at her boyfriend's apartment while she was waiting for some of her clothes to dry.

Later on October 16, 2023, the peer support counselor contacted the undersigned officer and advised he had spoken to a staff member at The Way-Out Shelter. The staff member advised there was no longer a bed available for her and Ms. Figueroa would have to re-apply for placement at that program. He further reported he spoke with Ms. Figueroa on October 16, 2023. She was reportedly applying for food assistance at the Washington State Department of Social and Health Services (DSHS). He provided the undersigned officer with the telephone number for Ms. Figueroa.

The undersigned officer also spoke with Ms. Figueroa's mother on October 16, 2023. She confirmed Ms. Figueroa spent the night at her residence one time since her release from custody. She stated she had been in communication with Ms. Figueroa through a social media messaging service and agreed to tell her to report to the U.S. Probation Office.

Subsequently, Ms. Figueroa contacted the undersigned officer on October 16, 2023. She said she was still in Wenatchee. She agreed to report to the U.S. Probation Office in Spokane at 11 a.m., on October 17, 2023. On October 17, 2023, Ms. Figueroa sent the undersigned a text message stating she did not have transportation to report as instructed, but she would attempt to make to probation office later on that date.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 17, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/17/23

Date